**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 20-288 |
| MANUEL MOLINA-GARCIA | |

## ORDER

**AND NOW,** this 13th day of June 2022, upon consideration of Defendant's Motions to Dismiss Indictment on Constitutional Speedy Trial Grounds [Doc. No. 21], the Government's response thereto, and the evidence, testimony, and oral arguments presented at the evidentiary hearing held on June 2, 6, and 8 of 2022, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **DENIED**.

It is so **ORDERED.**

                                                    **BY THE COURT:**

                                                    /s Cynthia M. Rufe
                                                    **CYNTHIA M. RUFE, J.**